

# THE THIRTEENTH COURT OF APPEALS

13-14-00022-CR

Jeremiah Brigham Young
v.
The State of Texas

On Appeal from the
2nd 25th District Court of Lavaca County, Texas
Trial Cause No. 13-06-9449

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on

appeal, concludes the appeal should be dismissed. The Court orders the appeal

DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

February 27, 2014